## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Soler**                                         **Docket No. 5:19-CR-436-1D**

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Soler, who, upon an earlier plea of guilty to Count 1 - Carjacking; Count 2 - Unlawful Use of a Firearm; and Count 3 - Felon in Possession of a Firearm, was sentenced by the Honorable Raymond J. Dearie, U.S. District Judge for the Eastern District of New York, on April 4, 2012, to the custody of the Bureau of Prisons for a term of 120 months. The court further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

William Soler was released from custody on May 31, 2019, at which time the term of supervised release commenced.

On July 16, 2019, the Eastern District of New York modified the conditions of supervised release to include substance abuse treatment and testing.

Jurisdiction was transferred to the Eastern District of North Carolina on October 18, 2019.

On August 21, 2020, the court was advised that the defendant committed the offenses of Driving While Impaired, Misdemeanor Flee/Elude Arrest, and No Operator's License. The defendant was referred for a substance abuse assessment, and he remains in treatment. Supervision was permitted to continue.

On February 18, 2021, the probation officer presented a Violation Report to the court advising that the defendant committed the offenses of Driving While License Revoked and Failure to Maintain Lane Control. The court permitted supervision to continue without a punitive sanction to allow the probation officer to work with the defendant on problem solving skills.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 5, 2022, the defendant committed the offense of Driving While License Revoked – Impaired Driving Revocation in Johnston County, North Carolina. When questioned regarding his behavior, the defendant explained that he did not have a ride to and from work, so he chose to drive himself. In a final attempt to help the defendant better understand how his thoughts affect his behavior, and to help him establish realistic goals moving forward, the probation officer is recommending that the defendant participate in a cognitive behavioral program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

William Soler
Docket No. 5:19-CR-436-1D
Petition for Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: March 2, 2022 |

## ORDER OF THE COURT

Considered and ordered this ___3___ day of ___March___, 2022, and ordered filed and made a part of the records in the above case.

____Dever____
James C. Dever III
U.S. District Judge